# MOTION PICTURE PROJECTIONISTS
# AUDIO VISUAL ENGINEERS
# & COMPUTER TECHNICIANS

LOCAL 110, I.A.T.S.E. of the United States and Canada, AFL-CIO, CLC

230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606   PHONE (312) 443-1011   FAX (312) 443-1012



**08 C 884**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COX**

## AGREEMENT
## COVERING PORTABLE AUDIO VISUAL WORK

This agreement is made and entered into by and between **Audio Video Technology**, hereinafter called the Employer, and the Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110, of the I.A.T.S.E. of the United States and Canada, hereinafter called the Union, as follows:

1. This Agreement covers the employment of projectionists for portable audio visual projection work in meeting rooms, ballrooms, meeting rooms called theatres, auditoriums, halls and any other areas or buildings or part thereof where motion picture projectors, video/data/digital equipment, plasma screens, exhibit floor equipment, video processors, switching systems, or any other equipment is utilized for the purpose of projecting images onto screens or projection surfaces.
2. The Employer agrees to recognize Local #110 of the I.A.T.S.E. as the exclusive bargaining agent for employees employed by said Employer who perform work under the jurisdiction of Local #110.
3. The Employer agrees that the Union shall refer all employees for the work to be covered by this agreement. The Employer will inform the Union of the nature and type of work to be performed.
4. All functions of management are vested in the Employer and the Union recognizes the right of the Employer to make such rules and regulations as may be deemed necessary for the conduct and management of the performances and the Union agrees that the employees shall obey all such rules and direction of any authorized representative of the Employer insofar as they do not conflict with the terms of this agreement. However, the provisions of this paragraph will not be used by the Employer for the purpose of discriminating against any employee for Union membership or activity, or on account of race, religion, creed, color, national origin, sex, disability or age defined by federal standards.
5. This Agreement shall be binding upon and inure to the benefits of the parties hereto, their successors or assigns.
6. Wage Rates: Technician rate for Sessions, Commercial, Institutional, Industrial & Product Demonstrations or Presentations, Exhibits, Simple projection, Car loaders, Set up, Strike, Service Technician, Video Engineer and Stewards; utilization of 16MM/35MM/70MM Motion picture projectors, Single light valves, LCD, DLP, CRT, BARCO Light Cannon, HUGHES-JVC Light Amplifier, Finelite scrolling image projector, Catalyst, LED Super Imposed or Converged Video/Data/Digital projectors, Video Walls, Plasma Screens, Video Processors, Cameras, Switching Systems (including Folsoms), Video Tape and Hard Disk playback and recording; performing, shaping changing or adjusting pre-programmed power point computer programs personnel………………………………………………………………………………….. $35.00 per hour.
7. Crew Call: Unless otherwise specified in this agreement the minimum call shall be five (5) hours for setups and tear downs; eight (8) hours for rehearsals and presentations. Crew call can start and finish on the half-hour or hour and fractions of an hour shall constitute one (1) hour.
8. Premium Time Rate: Time and one-half shall be paid for work performed under the following conditions:
    A. After eight (8) consecutive hours;
    B. Saturday and Sundays;
9. Double time rate shall be paid for work performed under the following conditions:
    A. Between midnight and 8:00 a.m.;
    B. After eight (8) consecutive hours on Saturdays & Sundays;
    C. Holidays;
    D. Work beginning between Midnight and 6:00AM, will be paid at the rate of two (2) times the base rate, and will remain at two (2) times the base rate until an eight (8) hour rest period is given. After an eight hour rest period employees shall in effect be starting a new work day.
    E. If employees are laid off and called back before a rest period of eight (8) hours has elapsed, double time shall be paid until a rest period of eight hours is called.
10. Holidays: The following days shall be recognized under this agreement as legal holidays: New Years Day, Presidents Day, Easter Sunday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Eve, Christmas Day and New Years Eve.
11. Meal Period: Each employee shall receive one hour at the prevailing wage rate for meals, not before four (4) hours of work.
12. Replacement: A man/woman who has worked eight (8) hours is not to be replaced with a new man/woman for the purpose of avoiding the payment of overtime rate.
13. Stewards: A working steward may be assigned by the Union from the existing call of up to and including four (4) employees. A coordinating steward will be added to the call of six (6) employees or more.

**EXHIBIT 1**

14. Cancellation: In case of cancellation, except by an "Act of God" or an unavoidable circumstance, all employees called to set up and run projection equipment shall be paid the scale minimum five (5) hours as per this agreement, unless a previous notice of twenty-four (24) hours is given.
15. Access to Premises: The business manager of the Union, or his representative, shall be admitted into the premises at any time to observe working conditions coming under the jurisdiction of the Union.
16. Invalidity of a provision: In the event any provision of this agreement shall become invalid because of the enactment or operation of a Federal, State and/or City law, the parties will immediately meet to replace the invalid provisions. The remaining provisions of this agreement shall not be affected but shall remain in full force and effect.
17. No Gratis Service: At no time, nor for any reason, shall any employee covered by this agreement be permitted to give his or her services gratis.
18. Working Conditions: Load In, Set Up, Operation, Staging and Strike of any and all equipment (including but not limited to motion picture, video, holography, laser, slide or film) used for the projection of an image on a screen or surface (including without limitation every kind and character of projection, regardless of size or method), and any and all equipment in aid thereof or accessory thereto used by the Employer directly or indirectly, whether owned or leased, shall be manned only by employees covered by the terms of this Agreement, and shall be subject to the terms and conditions set forth in this Agreement. Examples of equipment: Video Projectors, Slide Projectors, Motion picture film equipment, Sound synchronized slide equipment, Multimedia presentations, Dual projection equipment, Projection video walls, Tape playback, Computers through projectors, Plasma Screens, Video Processors, Cameras, Switching Systems and etc. etc. A Service Technician will service from 2 to 4 breakout rooms (depending upon location) when simple projection is being used. A dedicated technician is required in rooms or area's when any of the above "Examples of equipment" is utilized.
19. Benefit Funds:
    A. Pension: The Employer agrees to contribute an amount equal to twenty-five percent (25%) of the employees' gross pay to the Chicago Moving Picture Machine Operators' Union Local No. 110 of the I.A.T.S.E., Severance Trust. All such contributions which are delinquent for thirty (30) days or more shall be subject to a liquidated damage cost of one and one-half percent (1-1/2%) per month.
    B. Health & Welfare: The Employer agrees to contribute an amount equal to eight percent (8%) of the employees' gross pay to the I.A.T.S.E. National Health and Welfare Fund, Plan C. Payment of contributions shall be mailed to the I.A.T.S.E. Welfare Fund office not later than the 10th day of the month following the month for which the contribution is made. Contributions shall be remitted as provided in the I.A.T.S.E. National Benefit Funds Contributions and Collections Handbook. Delinquency charges, as provided in the Handbook, will be owed to the I.A.T.S.E. Nation Health and Welfare Fund on the delinquent contributions.
20. Penalties: Payrolls which are delinquent for thirty (30) days or more shall be subject to a liquidated damage cost of one and one-half per cent (1-1/2%) per month. Separate checks will be issued to each individual projectionist. All checks MUST be sent to the Union Office.
21. The signing of this agreement supersedes any previous agreement with Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110. This agreement shall be effective from January 1, 2007 and shall remain in full force and effect until December 31, 2007. This contract is made and entered into the City of Chicago, State of Illinois, and in all respects, the Illinois Workmen's Compensation Act shall apply.

IN WITNESS WHEREOF, This Agreement is made in duplicate and the parties have affixed their signature hereto this ___ day of _____ 2007.

_____
EMPLOYER

_____
AUTHORIZED AGENT

_____
TITLE

_____
SIGNATURE

_____
ADDRESS OF EMPLOYER

_____
PHONE NO. OF EMPLOYER

MOTION PICTURE PROJECTIONISTS,
AUDIO VISUAL ENGINEERS & COMPUTER
TECHNICIANS, LOCAL 110, I.A.T.S.E.
230 W. MONROE ST. SUITE #2511
CHICAGO, ILLINOIS 60606
PHONE: 312-443-1011
FAX: 312-443-1012

_____
STEVE ALTMAN, BUSINESS MANAGER

MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL NO. 110 I.A.T.S.E.
230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606
PHONE 312-443-1011    FAX 312-443-1012

**DUE UPON RECEIPT**
**DELINQUENCY CHARGE: 1 1/2% PER MONTH AFTER 30 DAYS**

INVOICE # 65628

| COMPANY | AUDIO VISUAL TECHNOLOGY |
|---|---|
| ATTN: | GILBERT CROWDEN |
| ADDRESS | 426 9th ST. |
| | NEW ORLEANS, LA. 70115 |
| PHONE # | 504-897-5033 |
| FAX # | 504-897-3170 |
| ATTRACTION | NATIONAL BLACK CHILD DEVELOPMENT 2007 |
| LOCATION | HYATT CHICAGO |
| DATE | OCT. 19-23, 2007 |
| PO# | |
| PAGE | 1 OF 4 |

| LOAD-IN | ROOM | DAY | DATE | OPERATOR NAME | STRAIGHT TIME HRS | RATE | TIME & HALF HRS | RATE | DOUBLE TIME HRS | RATE | DAILY TOTAL | TOTAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FRI | 10/19 | MARK DALESANDRO M.D.A | 8 | 35.00 | | | | | $280.00 | |
| | | FRI | 10/19 | MIKE EAKER SR. M.E.A | 8 | 35.00 | | | | | $280.00 | |
| | WEST MOD PICTURE | SAT | 5/10/20 | MARK DALESANDRO | | | 7 52.50 | | 4 70.00 | | $647.50 | |
| LOADING STEWARD | | SAT | 5/10/20 | MIKE EAKER SR. | | | 7 52.50 | 7A-3P 3P-6P | 4 70.00 | | $647.50 | |
| SERVICE EAST TOWER | | SAT | 5/10/20 | MIKE EAKER SR. | | | 8A-4P 8 52.50 | | 4P-5P 1 70.00 | | $490.00 | |
| SERVICE WEST TOWER | | SAT | 083/20 | JIM CIMINO a.m. | | | 8A-4P 8 52.50 | | 4P-5P 1 70.00 | | $490.00 | |
| | | SAT | 10/20 | JOHN MATASSA a.m. | | | 8A-4P 8 52.50 | | 4P-5P 1 70.00 | | $490.00 | |

**TOTAL SHOW PAYROLL:** $

Make SEPARATE CHECKS payable to EACH PROJECTIONIST for the amount of Total Salary. Send checks to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.

Issue SEPARATE CHECK to LOCAL 110 SEVERANCE TRUST (for retirement benefits) for _____ % of Total Payroll: $

Send check to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.

Issue SEPARATE CHECK to I.A.T.S.E. NATIONAL HEALTH & WELFARE FUND for _____ % of Total Payroll: $

Send check with completed benefits worksheet to I.A.T.S.E. National Benefit Funds, 417 5th Avenue, 3rd Floor, New York, NY 10018.

The Contributing Employer certifies that payments are being made pursuant to the terms and conditions of the applicable Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110 collective bargaining agreement, the I.A.T.S.E. National Health & Welfare Fund Trust Agreement and the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust, which the Contributing Employer adopts. The agreements being adopted hereby are in compliance with federal law.

| SIGNATURE: Travis Berard | Travis Berard | 10/23/07 |
|---|---|---|
| EMPLOYER | PRINT EMPLOYER NAME | DATE |

EXHIBIT 2

MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL NO. 110 I.A.T.S.E. AFL-CIO
230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606
PHONE 312-443-1011    FAX 312-443-1012

DUE UPON RECEIPT    INVOICE # 65629
DELINQUENCY CHARGE: 1 1/2% PER MONTH AFTER 30 DAYS

COMPANY: AUDIO VISUAL TECHNOLOGY
ATTN: GILBERT CLOWDEN
ADDRESS: 426 9TH ST.
NEW ORLEANS, LA. 70115
PHONE#: 504-897-5033    FAX#: 504-897-3170

ATTRACTION: NATIONAL BLACK CHILD DEVELOPMENT 2007
LOCATION: HYATT CHICAGO
DATE: OCT 19-23 2007    PO#:    PAGE 2 OF 4

| ROOM | DAY | DATE | OPERATOR NAME | STRAIGHT TIME HRS | RATE | TIME & HALF HRS | RATE | DOUBLE TIME HRS | RATE | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| WORKING STEWARD | SUN | 10/21 | MARK DALESANDRO | 8 | 8A-4P | 1 | 4P-5P | | | $490.00 |
| SERVICE EAST TOWER | SUN | 10/21 | MIKE EAKER SR. | 8 | 8A-4P 52.50 | 1 | 4P-5P 70.00 | | | $490.00 |
| SUB PRODUCTION | SUN | 10/21 | JIM CIMINO | 8 | 8A-4P 52.50 | 1 | 4P-5P 70.00 | | | $490.00 |
| SERVICE WEST TOWER | SUN | 10/21 | JOHN MATASSA | 8 | 8A-4P 52.50 | 1 | 4P-5P 70.00 | | | $490.00 |
| GRAND C-F | SUN | 10/21 | MARK MILLER MCMI | 8 | 11A-7P 52.50 | 3 | 7P-10P 70.00 | | | $630.00 |
| | SUN | 10/21 | GEORGE GIBBS | 8 | 11A-7P 52.50 | 3 | 7P-10P 70.00 | | | $630.00 |

TOTAL SHOW PAYROLL: $

1. Make SEPARATE CHECKS payable to EACH PROJECTIONIST for the amount of Total Salary. Send checks to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
2. Issue SEPARATE CHECK to LOCAL 110 SEVERANCE TRUST (for retirement benefits) for _____ % of Total Payroll: $
Send check to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
3. Issue SEPARATE CHECK to I.A.T.S.E. NATIONAL HEALTH & WELFARE FUND for _____ % of Total Payroll: $
Send check with completed benefits worksheet to I.A.T.S.E. National Benefit Funds, 417 5th Avenue, 3rd Floor, New York, NY 10018.

The Contributing Employer certifies that payments are being made pursuant to the terms and conditions of the applicable Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110 collective bargaining agreement, the I.A.T.S.E. National Health & Welfare Fund and the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust which the Contributing Employer adopts. The agreements being adopted hereby are in compliance with federal law.

SIGNATURE: /s/ Travis Beraud    PRINT EMPLOYER NAME: Travis Beraud    DATE: 10/23/07
EMPLOYER

**MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL NO. 110 I.A.T.S.E., AFL-CIO**
230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606
PHONE 312-443-1011   FAX 312-443-1012

| COMPANY: | AUDIO VISUAL TECHNOLOGY | | | | | | | | INVOICE # | 65630 |
|---|---|---|---|---|---|---|---|---|---|---|
| ATTN: | GILBERT CROWDEN | | | DUE UPON RECEIPT | | | | | | |
| ADDRESS: | 426 9th ST. | | | DELINQUENCY CHARGE: 1 1/2% PER MONTH AFTER 30 DAYS | | | | | | |
| | NEW ORLEANS, LA 70115 | | | ATTRACTION: NATIONAL BLACK CHILD DEVELOPMENT | | | | | | 200. |
| PHONE#: | 504-897-5833 | FAX#: 504-897-3170 | | LOCATION: HYATT CHICAGO | | | | | | |
| | | | | DATE: OCT 10-23, 2007 PO# | | | PAGE | 3 | OF | 4 |

| ROOM | DAY | DATE | OPERATOR NAME | STRAIGHT TIME HRS | RATE | TIME & HALF HRS | RATE | DOUBLE TIME HRS | RATE | DAILY TOTAL | TOTAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WORKING STEWARD | MON | 10/22 | MARK DALESANDRO | 7.5 8A-3:30P | 35.00 | 3 3:30P-6:30P | 52.50 | .5 7:30A-8:00A | 70.00 | $455.00 | |
| SERVICE EAST TOWER | MON | 10/22 | MIKE EAKER SR. | 7.5 8A-3:30P | 35.00 | 3 3:30P-6:30P | 52.50 | .5 7:30A-8:00A | 70.00 | $455.00 | |
| | MON | 10/22 | JIM CIMINO | 7.5 8A-3:30P | 35.00 | 3 3:30P-6:30P | 52.50 | .5 7:30A-8:00A | 70.00 | $455.00 | |
| SERVICE WEST TOWER | MON | 10/22 | JOHN MATASSA | 7.5 8A-3:30P | 35.00 | 3 3:30P-6:30P | 52.50 | .5 7:30A-8:00A | 70.00 | $455.00 | |
| | MON | 10/22 | NEWLYN STEPHENSON SR. (NHST) | 7.5 8A-3:30P | 35.00 | 3 3:30P-6:30P | 52.50 | .5 7:30A-8:00A | 70.00 | $455.00 | |
| GRAND B OPERATOR | MON | 10/22 | MARK MILLER | 8 8A-4P | 35.00 | 2 4P-6P | 52.50 | | | $385.00 | |
| GRAND A OPERATOR | MON | 10/22 | GEORGE GIBBS | 8 8A-4P | 35.00 | 2 4P-6P | 52.50 | | | $385.00 | |

TOTAL SHOW PAYROLL: $

1. Make SEPARATE CHECKS payable to EACH PROJECTIONIST for the amount of Total Salary. Send checks to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
2. Issue SEPARATE CHECK to LOCAL 110 SEVERANCE TRUST (for retirement benefits) for _____ % of Total Payroll: $
   Send check to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
3. Issue SEPARATE CHECK to I.A.T.S.E. NATIONAL HEALTH & WELFARE FUND for _____ % of Total Payroll: $
   Send check with completed benefits worksheet to I.A.T.S.E. National Benefit Funds, 417 5th Avenue, 3rd Floor, New York, NY 10018.

The Contributing Employer certifies that payments are being made pursuant to the terms and conditions of the applicable Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110 collective bargaining agreement, the I.A.T.S.E. National Health & Welfare Fund and the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust, which the Contributing Employer adopts. The agreements being adopted hereby are in compliance with federal law.

SIGNATURE: _Gilbert Crowden_       Travis Bercard
payable to FA              PRINT EMPLOYER NAME     10/23/07
LOCAL                                                DATE
EMPLOYER

MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL NO. 110 I.A.T.S.E., AFL-CIO
230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606
PHONE 312-443-1011   FAX 312-443-1012

**DUE UPON RECEIPT**   INVOICE # 65631
**DELINQUENCY CHARGE:** 1 1/2% PER MONTH AFTER 30 DAYS

| COMPANY | AUDIO VISUAL TECHNOLOGY | | | | | |
|---|---|---|---|---|---|---|
| ATTN: | GILBERT CROWDEN | | | | | |
| ADDRESS | 426 9th ST. | | | | | |
| | NEW ORLEANS, LA 70115 | | | | | |
| PHONE# | 504-847-5033 | FAX# 504-847-3170 | | | | |

ATTRACTION: NATIONAL BLACK CHILD DEVELOPMENT 2007
LOCATION: HYATT CHICAGO
DATE: Oct 19-23, 2007   PO#          PAGE 4 OF 4

| ROOM | DAY | DATE | OPERATOR NAME | STRAIGHT TIME HRS / RATE | TIME & HALF HRS | DOUBLE TIME HRS | DAILY TOTAL | TOTAL SALARY |
|---|---|---|---|---|---|---|---|---|
| WORKING STEWARD SERVICE LOAD-OUT EAST TOWER | TUE. | 10/23 | MARK DALESANDRO | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $2,170.00 |
| | TUE. | 10/23 | MIKE EAKER SR. | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $2,170.00 |
| SERVICE LOAD-OUT WEST TOWER | TUE. | 10/23 | JIM CIMINO | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $1,732.50 |
| | TUE. | 10/23 | JOHN MATASSA | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $1,732.50 |
| | TUE. | 10/23 | NEWLYN STEPHENSON SR. | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $1,732.50 |
| GRAND C-F | TUE. | 10/23 | MARK MILLER | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $1,312.50 |
| | TUE. | 10/23 | GEORGE GIBBS | 8A-3:30 7.5 / 35.00 | 7:30A-8:00 .5 | 70.00 | $297.50 | $1,312.50 |

**TOTAL SHOW PAYROLL:** $ 11,182.50

1. Make SEPARATE CHECKS payable to EACH PROJECTIONIST for the amount of Total Salary. Send checks to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
2. Issue SEPARATE CHECK to LOCAL 110 SEVERANCE TRUST (for retirement benefits) for _____ 35 % of Total Payroll: $ 2795.63
   Send check to union office at 230 West Monroe, Suite 2511, Chicago, IL 60606.
3. Issue SEPARATE CHECK to I.A.T.S.E. NATIONAL HEALTH & WELFARE FUND for _____ 8 % of Total Payroll: $ 894.60
   Send check with completed benefits worksheet to I.A.T.S.E. National Benefit Funds, 417 5th Avenue, 3rd Floor, New York, NY 10018.

The Contributing Employer certifies that payments are being made pursuant to the terms and conditions of the applicable Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110 collective bargaining agreement, the I.A.T.S.E. National Health & Welfare Fund Trust Agreement and the Chicago Moving Picture Machine Operators' Union Local 110 of the I.A.T.S.E. and M.P.M.O. Severance Trust which the Contributing Employer adopts. The agreements being adopted hereby are in compliance with federal law.

SIGNATURE: _Vinnie Benard_     PRINT EMPLOYER NAME: _Travis Benard_     DATE: 10/23/07
EMPLOYER