YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

JUDGE BUCKLO
MAGISTRATE JUDGE COX

08 C 884

In the Matter of                                             Case Number:

Steven Altman, etc.,           Plaintiffs,
          v.

Audio Visual Technology, a foreign corporation,
                              Defendant.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Steven Altman, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E.

| | |
|---|---|
| NAME (Type or print)<br>Martin P. Barr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Martin P. Barr | |
| FIRM<br>Carmell Charone Widmer Moss & Barr | |
| STREET ADDRESS<br>230 West Monroe Street, Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6190349 | TELEPHONE NUMBER<br>(312) 236-8033 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

FILED
FEBRUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT