# Affidavit of Process Server

*Steven Altman*    vs    *Audio Visual Technology*

PLAINTIFF/PETITIONER      DEFENDANT/RESPONDENT      CASE #

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Audio Visual Technology_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☑ _Summons & Complaint_ _____

_____

by serving (NAME) _David Crowden_

at ☐ Home _____

☑ Business _421 9th street New Orlean LA_

☐ on (DATE) _2/20/08_ at (TIME) _10:14 AM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**

☑ By Personal Service.

☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
     DATE   TIME      DATE   TIME

( ) _____ , ( ) _____ , ( ) _____
DATE   TIME      DATE   TIME      DATE   TIME

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☑ Male | ☐ White Skin | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☑ Black Skin | ☐ Brown Hair | ☑ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☑ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☑ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☑ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☑ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this _29_ day of _Feb 08_

_____
NOTARY PUBLIC

_____
SERVED BY
LASALLE PROCESS SERVERS

EXHIBIT
1

THOMAS J. BASHIO - ID No 29187
NOTARY PUBLIC
LIFE COMMISSION

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., | ) ) ) ) ) ) ) | No. 08-CV-884 Judge Bucklo Magistrate Judge Cox |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AUDIO VISUAL TECHNOLOGY, a foreign corporation, | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF STEVEN ALTMAN

I, Steven Altman, in accord with 28 U.S.C. § 1746, hereby give my declaration.

1.      I am a trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund ("Fund"). I am also the Business Manager and principal officer of Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E. ("LOCAL 110").

2.      In preparing this declaration, I have reviewed the Fund's files and records as well as the files and records of Local 110 concerning Defendant Audio Visual Technology ("AVT"). This declaration is based upon those records, and the amounts owed to the Fund and to Local 110's members as stated in this declaration are for the period of time from October 19 through October 23, 2007.

3.      Based on my review of the Fund's files and records, for the period October 19 through October 23, 2007, the total amount of unpaid contributions owed to the Fund for that period of time is $ 2,795.63.

EXHIBIT

2

4.      Additionally, under Local 110's Collective Bargaining Agreement contributions which are delinquent for thirty (30) days or more are subject to liquidated damages of 1 ½ % per month.  At that rate, AVT owes liquidated damages on the delinquent contributions in the amount of $209.65 through March 23, 2008.

5.      Also, based on my review of Local 110's files and records, I have determined that AVT has failed to pay Local 110 member George Gibbs wages in the amount of $1,312.50 for the period October 19 through October 23, 2007.

6.      Under Local 110's Collective Bargaining Agreement, wage payments which are delinquent for thirty (30) days or more are subject to liquidated damages at the rate of 1 ½ % per month.  At that rate, AVT owes liquidated damages on the wages due George Gibbs in the amount of $98.45 through March 23, 2008.

Executed: March 14, 2008

_Steve Altman_
Steven Altman

SUBSCRIBED AND SWORN TO
before me this 14h day of March, 2008.

_Muriel L. Johnson_
Notary Public

OFFICIAL SEAL
MURIEL L JOHNSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/06/08

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ALTMAN, as Trustee of the<br>Chicago Moving Picture Machine Operators'<br>Union, Local No. 110 of the I.A.T.S.E. Severance<br>Fund, and MOTION PICTURE PROJECTIONISTS,<br>AUDIO VISUAL ENGINEERS & COMPUTER<br>TECHNICIANS, LOCAL 110, I.A.T.S.E.,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIO VISUAL TECHNOLOGY,<br>a foreign corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-884<br><br>Judge Bucklo<br>Magistrate Judge Cox |

**DECLARATION OF MARTIN P. BARR**

I, MARTIN P. BARR, in accord with 28 U.S.C. § 1746, hereby make the following declaration.

1.     I am a principal of the firm of Carmell Charone Widmer Moss & Barr.  I obtained my J.D. in 1985.  During the last twenty two (22) years, I have specialized in labor law and employee benefit plan litigation under the Employee Retirement Income Security Act.

2.     I represent Plaintiff, Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E, in the case of Steven Altman, as trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E. v. Audio Visual Technology, No. 08-CV-884, pending in the United District Court for the Northern District of Illinois, Eastern Division.

3.     William A. Widmer, III, is also a partner in the firm.  He has specialized in labor

EXHIBIT
3

law and employee benefit plan litigation under the Employee Retirement Income Security Act for over thirty (30) years.

4.      Mia K. Segal is an attorney in the firm.  She obtained her J.D. in 2007.

5.      My firm seeks an award of attorneys' fees of $3,205.00 calculated at the rate of $250.00 per hour for Mr. Widmer, $150.00 per hour for Ms. Segal, and $250.00 for myself for work we have performed on this matter.

6.      Mr. Widmer, Ms. Segal, and I have expended 15.7 hours in the course of this litigation on behalf of Plaintiff including pre-lawsuit investigation, discussion with representatives of the Pension Fund and Local 110, drafting the complaint, drafting the motion for default judgment, and preparing supporting declarations.  Moreover, Plaintiff has incurred expenses of $350.00 for the filing of this lawsuit, $180.00 for service of process, and $3.60 for reproduction of documents.

7.      The total amount of fees and costs sought on behalf of Plaintiff in relation to this litigation is $3,738.60.

8.      I declare under the penalty of perjury that the foregoing is true and correct.

Executed: March 14, 2008

_Martin P Barr_

Martin P. Barr

SUBSCRIBED AND SWORN TO
before me this 14th day of March, 2008.

_Muriel L Johnson_

Notary Public

OFFICIAL SEAL
MURIEL L JOHNSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/06/08