UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., <br><br>                Plaintiffs,<br><br>    v.<br><br>AUDIO VISUAL TECHNOLOGY, a foreign corporation,<br><br>                Defendant. | No. 08-CV-884<br><br>Judge Bucklo<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

TO:    Audio Visual Technology
         c/o Gilbert Crowder, General Manager
         421 Ninth Street
         New Orleans, LA  70115

     PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard the undersigned will appear before Judge Bucklo in Courtroom 1401 at 219 South Dearborn Street, Chicago, Illinois and present **Plaintiff's Motion For Default Judgment,** herewith served upon you.

                                               s/ Martin P. Barr
                                               Martin P. Barr, Attorney for Plaintiff
                                               Carmell Charone Widmer Moss & Barr
                                               230 West Monroe Street, Suite 1900
                                               Chicago, Illinois 60606
                                               (312) 236-8033
                                               Dated:  March 17, 2008

## CERTIFICATE OF SERVICE

Martin P. Barr, an attorney, states that a copy of the foregoing Notice of Motion and Plaintiff's Motion For Default Judgment have been served on the following by regular mail this 17th day of March, 2008.

>Audio Visual Technology
>c/o Gilbert Crowder, General Manager
>421 Ninth Street
>New Orleans, LA  70115

>s/ Martin P. Barr
>Martin P. Barr
>Attorney for Plaintiffs
>Carmell Charone Widmer Moss & Barr
>230 West Monroe Street, Suite 1900
>Chicago, Illinois 60606
>(312) 236-8033
>Dated: March 17, 2008