**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Steven Altman, et al.
                        Plaintiff,

v.                                                       Case No.: 1:08−cv−00884
                                                         Honorable Elaine E. Bucklo

Audio Visual Technology
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 21, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's motion for default judgment reset for hearing on 3/24/2008 at 09:15 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.