# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Steven Altman, et al.

                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00884
                                                    Honorable Elaine E. Bucklo

Audio Visual Technology

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiffs' motion for default judgment [9] heard and the motions is granted. Accordingly, judgment in the total amount of $7,792.10 is entered in favor of plaintiffs and against defendant as set forth in the Order entered this day. Status hearing set for 3/28/08 is vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.