IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIO VISUAL TECHNOLOGY, a foreign corporation, <br><br> Defendant. | No. 08-CV-884 <br><br> Judge Bucklo <br><br> Magistrate Judge Cox |

### ORDER

THIS MATTER having come to be heard upon Plaintiffs' Motion for Default Judgment against Defendant Steven Altman as Trustee of the Chicago Moving Picture Machine Operators Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and Motion Picture Projectionists Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E., and the Court having determined that Defendant was properly served and failed to appear, answer or otherwise respond within the time period prescribed in Rule 12 of the Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered:

1. In favor of Plaintiff Steven Altman, as Trustee of the Chicago Moving Picture Machine Operators Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and against Defendant in the amount of $2,795.63 for delinquent contributions, $209.65 for liquidated damages, $87.27 for interest, attorney's fees of $2,755.00, and costs of $533.60; and

2. In favor of Plaintiff Motion Picture Projectionists Audio Visual Engineers &

Computer Technicians, Local 110, I.A.T.S.E. in the amount of $1,312.50 for unpaid wages, plus liquidated damages of $98.45.

E N T E R E D:

Dated:       3/24/08

*[signature: Elaine E. Bucklo]*
UNITED STATES DISTRICT JUDGE

2