# MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS

LOCAL 110, I.A.T.S.E. of the United States and Canada, AFL-CIO, CLC



230 WEST MONROE STREET, SUITE 2511, CHICAGO, ILLINOIS 60606   PHONE (312) 443-1011   FAX (312) 443-1012

## AGREEMENT
## COVERING PORTABLE AUDIO VISUAL WORK

This agreement is made and entered into by and between **Audio Video Technology**, hereinafter called the Employer, and the Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110, of the I.A.T.S.E. of the United States and Canada, hereinafter called the Union, as follows:

1. This Agreement covers the employment of projectionists for portable audio visual projection work in meeting rooms, ballrooms, meeting rooms called theatres, auditoriums, halls and any other areas or buildings or part thereof where motion picture projectors, video/data/digital equipment, plasma screens, exhibit floor equipment, video processors, switching systems, or any other equipment is utilized for the purpose of projecting images onto screens or projection surfaces.
2. The Employer agrees to recognize Local #110 of the I.A.T.S.E. as the exclusive bargaining agent for employees employed by said Employer who perform work under the jurisdiction of Local #110.
3. The Employer agrees that the Union shall refer all employees for the work to be covered by this agreement. The Employer will inform the Union of the nature and type of work to be performed.
4. All functions of management are vested in the Employer and the Union recognizes the right of the Employer to make such rules and regulations as may be deemed necessary for the conduct and management of the performances and the Union agrees that the employees shall obey all such rules and direction of any authorized representative of the Employer insofar as they do not conflict with the terms of this agreement. However, the provisions of this paragraph will not be used by the Employer for the purpose of discriminating against any employee for Union membership or activity, or on account of race, religion, creed, color, national origin, sex, disability or age defined by federal standards.
5. This Agreement shall be binding upon and inure to the benefits of the parties hereto, their successors or assigns.
6. Wage Rates: Technician rate for Sessions, Commercial, Institutional, Industrial & Product Demonstrations or Presentations, Exhibits, Simple projection, Car loaders, Set up, Strike, Service Technician, Video Engineer and Stewards; utilization of 16MM/35MM/70MM Motion picture projectors, Single light valves, LCD, DLP, CRT, BARCO Light Cannon, HUGHES-JVC Light Amplifier, Finelite scrolling image projector, Catalyst, LED Super Imposed or Converged Video/Data/Digital projectors, Video Walls, Plasma Screens, Video Processors, Cameras, Switching Systems (including Folsoms), Video Tape and Hard Disk playback and recording; performing, shaping changing or adjusting pre-programmed power point computer programs personnel................................................................................................. $35.00 per hour.
7. Crew Call: Unless otherwise specified in this agreement the minimum call shall be five (5) hours for setups and tear downs; eight (8) hours for rehearsals and presentations. Crew call can start and finish on the half-hour or hour and fractions of an hour shall constitute one (1) hour.
8. Premium Time Rate: Time and one-half shall be paid for work performed under the following conditions:
    A. After eight (8) consecutive hours;
    B. Saturday and Sundays;
9. Double time rate shall be paid for work performed under the following conditions:
    A. Between midnight and 8:00 a.m.;
    B. After eight (8) consecutive hours on Saturdays & Sundays;
    C. Holidays;
    D. Work beginning between Midnight and 6:00AM, will be paid at the rate of two (2) times the base rate, and will remain at two (2) times the base rate until an eight (8) hour rest period is given. After an eight hour rest period employees shall in effect be starting a new work day.
    E. If employees are laid off and called back before a rest period of eight (8) hours has elapsed, double time shall be paid until a rest period of eight hours is called.
10. Holidays: The following days shall be recognized under this agreement as legal holidays: New Years Day, Presidents Day, Easter Sunday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Eve, Christmas Day and New Years Eve.
11. Meal Period: Each employee shall receive one hour at the prevailing wage rate for meals, not before four (4) hours of work.
12. Replacement: A man/woman who has worked eight (8) hours is not to be replaced with a new man/woman for the purpose of avoiding the payment of overtime rate.
13. Stewards: A working steward may be assigned by the Union from the existing call of up to and including four (4) employees. A coordinating steward will be added to the call of six (6) employees or more.



EXHIBIT 1

14. **Cancellation:** In case of cancellation, except by an "Act of God" or an unavoidable circumstance, all employees called to set up and run projection equipment shall be paid the scale minimum five (5) hours as per this agreement, unless a previous notice of twenty-four (24) hours is given.
15. **Access to Premises:** The business manager of the Union, or his representative, shall be admitted into the premises at any time to observe working conditions coming under the jurisdiction of the Union.
16. **Invalidity of a provision:** In the event any provision of this agreement shall become invalid because of the enactment or operation of a Federal, State and/or City law, the parties will immediately meet to replace the invalid provisions. The remaining provisions of this agreement shall not be affected but shall remain in full force and effect.
17. **No Gratis Service:** At no time, nor for any reason, shall any employee covered by this agreement be permitted to give his or her services gratis.
18. **Working Conditions:** Load In, Set Up, Operation, Staging and Strike of any and all equipment (including but not limited to motion picture, video, holography, laser, slide or film) used for the projection of an image on a screen or surface (including without limitation every kind and character of projection, regardless of size or method), and any and all equipment in aid thereof or accessory thereto used by the Employer directly or indirectly, whether owned or leased, shall be manned only by employees covered by the terms of this Agreement, and shall be subject to the terms and conditions set forth in this Agreement. Examples of equipment Video Projectors, Slide Projectors, Motion picture film equipment, Sound synchronized slide equipment, Multimedia presentations, Dual projection equipment, Projection video walls, Tape playback, Computers through projectors, Plasma Screens, Video Processors, Cameras, Switching Systems and etc. etc. A Service Technician will service from 2 to 4 breakout rooms (depending upon location) when simple projection is being used. A dedicated technician is required in rooms or area's when any of the above "Examples of equipment" is utilized.
19. **Benefit Funds:**
    A. **Pension:** The Employer agrees to contribute an amount equal to twenty-five percent (25%) of the employees' gross pay to the Chicago Moving Picture Machine Operators' Union Local No. 110 of the I.A.T.S.E., Severance Trust. All such contributions which are delinquent for thirty (30) days or more shall be subject to a liquidated damage cost of one and one-half percent (1-1/2%) per month.
    B. **Health & Welfare:** The Employer agrees to contribute an amount equal to eight percent (8%) of the employees' gross pay to the I.A.T.S.E. National Health and Welfare Fund, Plan C. Payment of contributions shall be mailed to the I.A.T.S.E. Welfare Fund office not later than the 10th day of the month following the month for which the contribution is made. Contributions shall be remitted as provided in the I.A.T.S.E. National Benefit Funds Contributions and Collections Handbook. Delinquency charges, as provided in the Handbook, will be owed to the I.A.T.S.E. Nation Health and Welfare Fund on the delinquent contributions.
20. **Penalties:** Payrolls which are delinquent for thirty (30) days or more shall be subject to a liquidated damage cost of one and one-half per cent (1-1/2%) per month. Separate checks will be issued to each individual projectionist. All checks MUST be sent to the Union Office.
21. The signing of this agreement supersedes any previous agreement with Motion Picture Projectionists, Audio Visual Engineers & Computer Technicians, Local No. 110. This agreement shall be effective from January 1, 2007 and shall remain in full force and effect until December 31, 2007. This contract is made and entered into the City of Chicago, State of Illinois, and in all respects, the Illinois Workmen's Compensation Act shall apply.

IN WITNESS WHEREOF, This Agreement is made in duplicate and the parties have affixed their signature hereto this 3 day of October 2007.

_[signature]_
EMPLOYER

_[signature]_
AUTHORIZED AGENT

_[signature]_
TITLE

_[signature]_
SIGNATURE

431 9th Street
ADDRESS OF EMPLOYER

504-891-5033
PHONE NO. OF EMPLOYER

MOTION PICTURE PROJECTIONISTS,
AUDIO VISUAL ENGINEERS & COMPUTER
TECHNICIANS, LOCAL 110, I.A.T.S.E.
230 W. MONROE ST. SUITE #2511
CHICAGO, ILLINOIS 60606
PHONE: 312-443-1011
FAX: 312-443-1012

_[signature]_
STEVE ALTMAN, BUSINESS MANAGER

# IATSE NATIONAL HEALTH AND WELFARE FUND
## Trust Acceptance Document

The undersigned Employer and undersigned Union agree as follows regarding Welfare Fund benefits for employees covered by the Collective Bargaining Agreement (the "*CBA*") between them:

1. **Trust Agreement**
Employer agrees to be bound by all of the terms and provisions of the Agreement and Declaration of Trust (the "*Trust Agreement*") establishing the IATSE National Health and Welfare Fund (the "*Welfare Fund*") dated May 1, 1997, as amended and the Welfare Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "Collection Guidelines") and to be represented in the administration of the Welfare Fund by the Employer Trustees therein named or by their successors.

2. **Computation of Contributions**
Commencing with the effective date for contributions under the current CBA between the Union and Employer, and continuing through any renewals, extensions or amendments thereof, Employer agrees to contribute the sum specified in paragraph 9 of this Trust Acceptance Agreement to the Welfare Fund for each and every employee whose position is covered by the CBA. If the CBA calls for contributions by the hour, day or shift, then it must be for each hour, day or shift or portion thereof for which such employee received pay from Employer (including days of paid vacations, paid holidays and any other days for which an employee receives pay), except to the extent provided in the CBA and detailed on page 2 of this Agreement, but not more than seven (7) days in any calendar week for any one employee.

3. **Payment of Contributions**
Payment of contributions as required above shall be made by check payable to the "IATSE National Health and Welfare Fund" and must be received in the Welfare Fund Office not later than: **For Weekly Contributors**, *the end of the week following the week of employment*; OR, **For Monthly Contributors**, *the 10th day of the month following the month of employment, unless a different date is provided in the CBA*. Each payment of contributions shall be accompanied by a Remittance Report in the form supplied by the Welfare Fund.

    Check One Box:    ☒ Monthly Contributor
                      ☐ Weekly Contributor

    Check here if CBA provides a different due date that set forth above ☐ _____
    *Indicate due date set forth in CBA*

4. **Records**
Employer agrees to maintain and make available to the Union, the Trustees or one or more of their designees for inspection and verification all of its records covering such employment in accordance with the Trust Agreement and the Welfare Fund's Collection Guidelines.

5. **IRS Compliance**
The Welfare Plan adopted by the Trustees shall comply with the requirements of the Internal Revenue Code so as to enable Employer to treat contributions to the Welfare Fund as a deduction for income tax purposes.

6. **Terms of the CBA**
A copy of the current CBA will be provided by the Employer upon request by the Fund Office. This Trust Acceptance Agreement shall continue in full force and effect until the parties sign a successor CBA or extension that supercedes the contribution rate set forth in Paragraph 9 hereof, in which case the parties shall be required to sign a new Trust Acceptance Agreement and submit it to the Welfare Fund Office. Should the parties (i) fail to sign an extension agreement but continue performance of the CBA after its expiration date, or (ii) sign a renewal, extension or amendment of the CBA that does not change the contribution rate set forth in Paragraph 9 of this Trust Acceptance Agreement, this Trust Acceptance Agreement shall automatically be deemed extended thereby unless written notice to the contrary is received by the Welfare Fund.

7. **TERM OF CONTRACT:**

    From ___January 1, 2007___    To ___December 31, 2007___

8. **TYPE OF CONTRACT** (e.g. Area Standards, Travelling Stage Employees Contract): ___Temporary___



EXHIBIT 2

IATSE National Health & Welfare Fund Trust Acceptance
Page 2 of 2

9. **CONTRIBUTION RATES:**

   From ___January 1, 2007___ To ___December 31, 2007___

   ___Eight___ percent ( 8%) of (check which ever applicable) ☒ gross ☐ scale earnings; or $ _____ per _____ *
   of work. With a minimum of _____ and a maximum of _____.

   From _____ To _____
   _____ percent ( %) of (check which ever applicable) ☐ gross ☐ scale earnings; or $ _____ per _____ *
   of work. With a minimum of _____ and a maximum of _____.

   From _____ To _____
   _____ percent ( %) of (check which ever applicable) ☐ gross ☐ scale earnings; or $ _____ per _____ *
   of work. With a minimum of _____ and a maximum of _____.

   *INSERT WHETHER IT IS PER hour OR PER day OR PER shift OF WORK

10. To Which Plan Are You Contributing (Check One):
    Health & Welfare Plan A ☐   (Note that Plan A has minimum daily rates)
    Health & Welfare Plan C ☒

The Parties hereto agree to the above provisions numbered 1-10:

**FOR THE UNION:**

___MPP, AVE & CT, Local 110, I.A.T.S.E.___                  ___Chicago, Illinois___
(Insert Name and Number of Local)                            (City and State)

By: ___[signature]___         ___Business Manager___   ___Steve Altman___
    (Signature of Authorized Officer)    (Title)         (Print Name)

Date: ___December 15___, 20_06_

**FOR THE EMPLOYER**

___Audio Visual Technology___                                ___71-0873154___
(Insert Name of Employer)                                    (Employer Federal Tax ID No.)

___421 9th Street___            ___New Orleans, LA 70115___
(Address)                                                    (City, State, Zip)

___504-897-5033___                                           ___504-897-3170___
(Area Code/Telephone No.)                                    (Area Code/Fax No.)

By: ___[signature]___           ___[title]___            ___[name]___
    (Signature of Authorized Officer)  (Title)            (Print Name)

Date: ___October 3___, 20_07_

PAYROLL COMPANY (If Applicable) ___Paychex___
Name of Contact Person

___Caroline___  ___401 Whitney Ave Suite 200 Gretna, LA 70056___
(Address)                                                    (City, State, Zip)

___504-368-4455___                                           ___504-362-2884___
(Area Code/Telephone No.)                                    (Area Code/Fax No.)

**Audio Visual Technology**
421 Ninth Street
New Orleans, LA. 70115
Phone: (504) 897-5033
Fax:    (504) 897-3170   www.audiovisualtech.net

# Fax

| | | | |
|---|---|---|---|
| **To:** Steve Altman | | **From:** David | |
| **Fax:** ~~504~~ 31)-443-1b1) | | **Date:** 10/3/07 | |
| **Phone:** | | **Pages:** 4 | |
| **Re:** Hyatt Chicago Meeting! | | **CC:** | |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

•**Comments:** We will need a total of four techs starting Saturday October 20- 23, 2007 at the Hyatt Regency on Wacker Street. We send the exact times before the end of the business day.

Thank you,

David

EXHIBIT 3

**Audio Visual Technology**
421 Ninth Street
New Orleans, LA. 70115
Phone: (504) 897-5033
Fax:    (504) 897-3170   www.audiovisualtech.net

# Fax

| | | | |
|---|---|---|---|
| **To:** | Steve Altman | **From:** | David Crowder |
| **Fax:** | 312-443-1012 | **Date:** | 08/13/07 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Client #F749 | **CC:** | |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

•Comments:  Steve, call me if you have any questions at 504-897-5033.


Thank you,

David Crowden



EXHIBIT

Labor for NBCDI 2007
Hyatt Chicago Meeting

Friday October 19, Load In 2-men 9am-2pm

Saturday October 20, setup techs. 4men 8am-4pm

Sunday October 21, setup & floating techs. 4men 8am-4pm
          Audio & lighting tech 3pm-8pm
          Camera Oper. 3pm-8pm

Monday October 22, 2-men floating techs. 7am-5pm
          2-men floating techs. 8am-6pm

Tuesday October 23, 2-men floating techs. 7am-5pm
          2-men floating techs. 8am-6pm
          Camera Oper. 1man 10am-2:30pm

**Audio Visual Technology**
421 Ninth Street
New Orleans, LA. 70115
Phone: (504) 897-5033
Fax:   (504) 897-3170  www.audiovisualtech.net



# Fax

| | | | |
|---|---|---|---|
| **To:** | Steve Altman | **From:** | David Crowden |
| **Fax:** | 312-443-1012 | **Date:** | 08/13/07 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Client #F749 | **CC:** | |

  Urgent      For Review      Please Comment      Please Reply      Please Recycle

•**Comments:** Steve, call me if you have any questions at 504-897-5033.

Thank you,

David Crowden





EXHIBIT 5

Labor for NBCDI 2007
Hyatt Chicago Meeting

Friday Oct. 19, Load In 2men 9am-2pm

Saturday Oct. 20, setup techs. 8am-4pm
    Columbus IJ
    Toronto, Acapulco

Sunday Oct. 21, setup & floating techs. 8am-5pm
    7- Columbus rooms
    5-Stetson rooms
    3-Silver rooms
    1-Bronze rooms
    1-Suite room
    Grandballroom w/two screens and power point tech.
    4pm-8pm

Monday Oct. 22, setup & floating techs. 7am-5pm
    8-Columbus rooms
    5-Stetson rooms
    4-Silver rooms
    2-Bronze rooms
    1-Suite rooms
    Grand A, Grand B rooms

Tuesday Oct. 23, setup & floating techs. Tear down and Load out
    7am-until
    Grandballroom E-F power point Oper. 8:30am-2:30pm
    7-Columbus rooms
    5-Stetson rooms
    4-Silver rooms
    4-Bronze rooms
    1-Suite rooms



**Audio Visual Technology**
421 Ninth Street
New Orleans, LA. 70115
Phone: (504) 897-5033
Fax:   (504) 897-3170   www.audiovisualtech.net

# Fax

| | | | |
|---|---|---|---|
| **To:** | Steve Altman | **From:** | David Crowden |
| **Fax:** | 312-443-1012 | **Date:** | 08/13/07 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Client #F749 | **CC:** | |

**Urgent**     **For Review**     **Please Comment**     **Please Reply**     **Please Recycle**

•**Comments:** Steve, call me if you have any questions at 504-897-5033.

Thank you,

David Crowden





EXHIBIT 6

Labor for NBCDI 2007
Hyatt Chicago Meeting

Friday Oct. 19, Load In(2men)2pm-10pm Grand Suite 5

Saturday Oct. 20,(4-men)setup techs. 8am-4pm
    Columbus IJ
    Toronto, Acapulco

Sunday Oct. 21, (6-men) setup & floating techs. 8am-5pm
    7- Columbus rooms
    5-Stetson rooms
    3-Silver rooms
    1-Bronze rooms
    1-Suite room
    Grand ballroom setup 11am-9pm
    Grand ballroom w/two screens and power point tech.
    3-men-11pm power point tech

Monday Oct. 22, (7-men) setup & floating techs. 7am-5pm
    7-men
    8-Columbus rooms
    5-Stetson rooms
    4-Silver rooms
    2-Bronze rooms
    1-Suite rooms
    Grand A, Grand B rooms

Tuesday Oct. 23, setup & floating techs. Tear down and Load out
    7am-5:pm (7-men)
    Grandballroom E-F power point Oper. 8:30am-2:30pm
    7-Columbus rooms
    5-Stetson rooms
    4-Silver rooms
    4-Bronze rooms
    1-Suite rooms



IT ALL STARTS WITH A VISION... YOURS.

You can see what you want in your mind's eye. We help you bring that vision to your audience's eyes and ears.

Whether it's in a small conference room or a vast convention hall, Audio Visual Technology has the experience, expertise and equipment to execute your event uneventfully.

We create a total show package for your presentation featuring audio, data display, lighting, and multi-image visual techniques. And we offer a full range of rental, technical support, and project management.

AUDIO VISUAL

TECHNOLOGY

We deliver what you need. On time. Within budget. We do whatever it takes to get the job done. That's what we mean when we say "we'll see to it." We take care of all the details and the big picture as well. Because of our unique approach to satisfying our clients' communications goals, we have emerged as a premier audio visual contractor in the hotel, convention, and trade show arenas. We are proud that so many companies throughout the country rely on us to deliver innovative solutions for their meetings and events.

Trust AVT to help you realize your vision. You want your presentation to be a success. We do, too. In fact, we'll see to it.

EXHIBIT 7



# Affidavit of Process Server

_Steven Altman_ vs _Audio Visual Technology_ _____
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Audio Visual Technology_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☒ _Summons & Complaint_

by serving (NAME) _David Crowder_

at ☐ Home _____
☒ Business _421 9th Street New Orleans LA_
☐ on (DATE) _2/20/08_ at (TIME) _10:14 AM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☒ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☒ Black Skin   ☐ Brown Hair   ☒ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
   ☐ Yellow Skin   ☐ Blond Hair     ☒ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
   ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☒ 5'9"-6'0"   ☐ 161-200 Lbs.
☒ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this _29_ day of _Feb_ 20_08_

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

EXHIBIT 8

**NAPPS** — CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., | ) ) ) ) ) ) ) | No. 08-CV-884<br><br>Judge Bucklo<br><br>Magistrate Judge Cox |
| Plaintiffs, | ) | |
| v. | ) ) | |
| AUDIO VISUAL TECHNOLOGY, a foreign corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Audio Visual Technology
c/o Gilbert Crowder, General Manager
421 Ninth Street
New Orleans, LA 70115

PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard the undersigned will appear before Judge Bucklo in Courtroom 1401 at 219 South Dearborn Street, Chicago, Illinois and present **Plaintiff's Motion For Default Judgment,** herewith served upon you.

s/ Martin P. Barr
Martin P. Barr, Attorney for Plaintiff
Carmell Charone Widmer Moss & Barr
230 West Monroe Street, Suite 1900
Chicago, Illinois 60606
(312) 236-8033
Dated: March 17, 2008


EXHIBIT 9

**Martin P. Barr**

**From:** Saved by Microsoft Internet Explorer 5
**Sent:** Tuesday, July 08, 2008 11:21 AM
**Subject:** Louisiana Secretary of State / Selected Trade Name Detailed Data



Louisiana Secretary of State
COMMERCIAL DIVISION
Corporations Database



### *Louisiana Secretary of State*
### *Trade Name Detailed Record*

Type(s) Registered: TRADE NAME

Registered Name: AUDIO VISUAL TECHNOLOGY

Applicant: CROWDEN ENTERPRISES, L.L.C., 4750 RIVER RIDGE, JEFFERSON, LA 70121-0000

Current Status: ACTIVE

Type of Business: RENTAL OF AUDIO VISUAL EQUIPMENT

Classes: 00 00 00 00 00 00 00 00 00 00

First Used: 04/08/1999

First Used in LA: 04/08/1999

Reg. Date: 01/10/2003

Exp. Date: 01/10/2013

New Search | View Cart



EXHIBIT
10

7/8/2008



**Jay Dardenne**
**Secretary of State**

LIMITED LIABILITY COMPANY
ANNUAL REPORT

For Period Ending
April 08, 2008




| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|
| 34772596 K<br>CROWDEN ENTERPRISES, L.L.C.<br>C/O GILBERT CROWDEN<br>4750 RIVER RD.<br>JEFFERSON, LA  70121 | Registered Office Address in Louisiana<br>(Do Not Use P.O. Box)<br>4750 RIVER RD.<br>JEFFERSON, LA  70121 |
|  | **Federal Tax ID Number** |

Our records indicate the following registered agents for the company.  Indicate any changes or deletions below.
All agents must have a Louisiana address.  Do not use a P. O. Box.
A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.

GILBERT CROWDEN
    4750 RIVER RD./JEFFERSON, LA  70123

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| New Registered Agent Signature | Notary Signature     Date |

This report reflects a maximum of three members/managers for the company.  Indicate any changes or deletions below.
Include a listing of all names and addresses.  Do not use a P.O. Box. If additional space is needed, attach an addendum.
Officer titles, such as president or secretary, are not acceptable.

GILBERT CROWDEN                              MANAGER
    4750 RIVER RD./JEFFERSON, LA  70123

| **SIGN--->** | To be signed by a manager, member or agent | Title | Phone | Date |
|---|---|---|---|---|
|  | Signee's address | E-mail address |  |  |

Enclose filing fee of $  25.00
Make remittance payable to Secretary of State
*Do Not Send Cash*
*Do Not Staple*
web site: www.sos.louisiana.gov

DO NOT STAPLE

Return by: April 08, 2008
to: Commercial Division
P.O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

CHECK
IF NO
CHANGE
(   )

07082008WEB

**UNSIGNED REPORTS WILL BE RETURNED**

EXHIBIT
11