UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., <br><br> Plaintiffs, <br> v. <br><br> AUDIO VISUAL TECHNOLOGY, a foreign corporation, <br><br> Defendant. | No. 08-CV-884 <br><br> Judge Bucklo <br><br> Magistrate Judge Cox |

### NOTICE OF MOTION

TO:  Audio Visual Technology                    Crowden Enterprises L.L.C.
     c/o Gilbert Crowden, General Manager       c/o Gilbert Crowden, General Manager
     421 Ninth Street                           4750 River Road
     New Orleans, LA  70115                     Jefferson, LA  70121

PLEASE TAKE NOTICE that on Thursday, August 14, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard the undersigned will appear before Judge Bucklo in Courtroom 1401 at 219 South Dearborn Street, Chicago, Illinois and present **Motion To Correct The Name Of The Defendant,** herewith served upon you.

s/ Martin P. Barr
Martin P. Barr, Attorney for Plaintiff
Carmell Charone Widmer Moss & Barr
230 West Monroe Street, Suite 1900
Chicago, Illinois 60606
(312) 236-8033
Dated:  August 8, 2008