**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Steven Altman, et al.

                                    Plaintiff,

v.                                                    Case No.: 1:08–cv–00884
                                                      Honorable Elaine E. Bucklo

Audio Visual Technology

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiffs' motion to correct
[14] the name of the defendant and to enter an amended judgment order showing the
correct name of the defendant is granted. Plaintiffs to submit draft order for entry.Mailed
notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.