UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ALTMAN, as Trustee of the Chicago Moving Picture Machine Operators' Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and MOTION PICTURE PROJECTIONISTS, AUDIO VISUAL ENGINEERS & COMPUTER TECHNICIANS, LOCAL 110, I.A.T.S.E., <br><br>  Plaintiffs, <br> v. <br><br> AUDIO VISUAL TECHNOLOGY, a foreign corporation, <br><br>  Defendant. | No. 08-CV-884 <br><br> Judge Bucklo <br><br> Magistrate Judge Cox |

## **AMENDED JUDGMENT ORDER**

THIS MATTER having come to be heard upon Plaintiffs' Motion to Correct the Name of the Defendant, and the Court having entered Judgment March 24, 2008, in favor of Plaintiffs and against Defendant, Audio Visual Technology, a foreign corporation, and it appearing to the Court that judgment was entered against the correct party, but identified that party by the incorrect name, it is HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. The name of Defendant is hereby corrected to "Crowden Enterprises, L.L.C. d/b/a Audio Visual Technology".

2. Judgment is entered against Defendant Crowden Enterprises, L.L.C. d/b/a Audio Visual Technology:

   (a) In favor of Plaintiff Steven Altman, as Trustee of the Chicago Moving Picture Machine Operators Union, Local No. 110 of the I.A.T.S.E. Severance Fund, and against Defendant in the amount of $2,795.63 for delinquent contributions, $209.65 for liquidated damages, $87.27 for interest, attorney's fees of $2,755.00, and costs of $533.60; and

2

   (b) In favor of Plaintiff Motion Picture Projectionists Audio Visual Engineers & Computer Technicians, Local 110, I.A.T.S.E. in the amount of $1,312.50 for unpaid wages, plus liquidated damages of $98.45.

 3. The Judgment entered Mach 24, 2008 against Audio Visual Technology is null and void.

           E N T E R E D:

Dated: 8/14/08

           *[signature: Elaine E. Bucklo]*
           UNITED STATES DISTRICT JUDGE

Case 1:08-cv-00884   Document 17   Filed 08/14/2008   Page 2 of 2

2